No. 01–1481. WEICHERT v. KRUK, TREASURER OF COUNTY OF OSWEGO. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 01–1482. PROGRESS RAIL SERVICES CORP. ET AL. v. ALL-FIRST BANK. C. A. 11th Cir. Certiorari denied.

No. 01–1485. KAPLAN v. LUDWIG ET AL. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 01–1486. MANN v. UPJOHN CO. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–1488. OREGON ARENA CORP. ET AL. v. LEE ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–1489. NATIONAL ELECTRICAL MANUFACTURERS ASSN. v. SORRELL, ATTORNEY GENERAL OF VERMONT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–1493. MULCAHY ET AL. v. WASHINGTON ET AL. Ct. App. Wash. Certiorari denied.

No. 01–1497. CABALLERO RIVERA ET AL. v. CHASE MANHATTAN BANK ET AL. C. A. 1st Cir. Certiorari denied.

No. 01–1498. RUTHERFORD v. LAKE MICHIGAN CONTRACTORS, INC. C. A. 6th Cir. Certiorari denied.

No. 01–1505. COSTA v. MCCULLOUGH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HOUTZDALE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–1510. QUINCY MALL, INC. v. PARISIAN, INC. C. A. 7th Cir. Certiorari denied.

No. 01–1520. SMITH v. ODUM. Super. Ct. DeKalb County, Ga. Certiorari denied.

No. 01–1523. VOIT v. LOUISVILLE AND JEFFERSON COUNTY BOARD OF HEALTH ET AL. C. A. 6th Cir. Certiorari denied.